IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MELODY LAURY                                                                                              PLAINTIFF

V.                                                               CIVIL ACTION NO. 1:16-CV-201-SA-DAS

TRUSTMARK NATIONAL BANK                                                                   DEFENDANT

ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

The court takes up, *sua sponte*, the dismissal of this case. The Clerk of Court has served on the plaintiff three notices of incomplete process as to the defendant. The Plaintiff has not responded. The court cannot process this case in an expeditious manner. As such, this case is hereby DISMISSED without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED, this the 23rd day of February, 2017.

                                                                          /s/ Sharion Aycock
                                                                          UNITED STATES DISTRICT JUDGE